IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ROBERT GRIFFETH, JR., | * |
| Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | *  CASE NO. 3:07-CV-34(CDL) |
| | * |
| Defendant | * |
| ___ | * |

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on May 14, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 12th day of June, 2008.

                                            S/Clay D. Land
                                                CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE